UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANTHONY KAPINSKI,

   Plaintiff,

v.                                                                        Civ. No. 18-716 SCY/GJF

CITY OF ALBUQUERQUE and
TERRA JUAREZ,

   Defendants.

## ORDER GRANTING ENLARGEMENT OF TIME

THIS MATTER is before the Court on Defendants' "Unopposed Motion for Extension of Time to Answer Complaint" ("Motion") [ECF No. 3]. The Court, having reviewed the record and noting the concurrence of the parties, finds the Motion to be well taken and **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendants shall file an Answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] by **September 4, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE